No. 72–209. VLAHAKIS *v.* SCHOSTAK ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 72–211. LEWRON TELEVISION, INC. *v.* UNITED NETWORK, INC., FORMERLY JAYMAC, INC. C. A. 2d Cir. Certiorari denied.

No. 72–5033. BULLARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5047. SANDERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5062. HURD *v.* SLAUGHTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–5071. VON PERRY *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 72–5077. SMITH *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 72–5085. JACKSON *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–5091. BENNETT *v.* RUNDLE, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–5094. DOBBS *v.* ANDERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 72–5096. PATURSO *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–5103. WION *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5104. WION *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5108. BRUDNEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.